JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| SONIA CONSTABLE, | ) | Case No.: CV 09-05686 DSF (JEMx) |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER OF DISMISSAL WITH PREJUDICE** |
| LIFE INSURANCE COMPANY OF NORTH AMERICA; and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY AND ITS SUBSIDIARY AND AFFILIATED COMPANIES LTD PLAN, | ) ) ) ) ) ) | |
| Defendant. | ) | |

The above-captioned matter, and all claims for relief therein, are dismissed with prejudice as to all parties in its entirety pursuant to the parties' agreement to resolve the disputed claim.  Each party to bear its own fees and costs.

**IT IS SO ORDERED**.

Date: 8/23/10

_Dale S. Fischer_
UNITED STATES DISTRICT JUDGE

---

1
[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
Error! Unknown document property name.